1
2
3
4
5
6
7
8                          UNITED STATES DISTRICT COURT
9                         CENTRAL DISTRICT OF CALIFORNIA
10
11    GS HOLISTIC, LLC,                    Case No. 2:22-cv-06680-FLA (KSx)
12                        Plaintiff,
                                            **ORDER TO SHOW CAUSE WHY**
13            v.                            **THE COURT SHOULD NOT**
                                            **DISMISS THE ACTION FOR LACK**
14                                          **OF PROSECUTION**
      CRAZY VAPE LLC, et al.,
15
                          Defendants.
16
17
18
19
20
21
22
23
24
25
26
27
28

                                          1

1       On December 21, 2022, the court granted Plaintiff GS Holistic, LLC's
2   ("Plaintiff") Motion for Extension for Time to Perfect Service on Defendant, and
3   extended Plaintiff's deadline to serve Defendant Wael Allahham ("Allahham") to
4   February 17, 2 023.  Dkt. 21.  The court advised Plaintiff that it would not grant
5   Plaintiff any further extensions of its deadline to serve Defendant absent a detailed
6   factual showing sufficient to establish diligence and good cause dating back to the
7   filing of the Complaint.  *Id.*  Plaintiff has not filed proof of service of the Summons
8   and Complaint on Defendant Allahham, as of the date of this Order.

9       Accordingly, the court ORDERS Plaintiff to Show Cause ("OSC") in writing
10  by March 1, 2023, why the court should not dismiss Allahham from the action without
11  prejudice for lack of prosecution.  *See* Fed. R. Civ. P. 41(b).  Failure to respond timely
12  may result in the dismissal of this Defendant without further notice.

14      IT IS SO ORDERED.

16  Dated: February 22, 2023

                          FERNANDO L. AENLLE-ROCHA
                          United States District Judge